1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Dwain Lammey, | Case: 2:14-CV-03270-MMM(JEMX) |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |
| v. | |
| JPMorgan Chase Bank, N.A.; and Does 1-10, | |
| Defendants. | |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 30, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE